

_____
PAUL MANNES
U. S. BANKRUPTCY JUDGE

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF MARYLAND
### at Greenbelt

| | | |
|---|---|---|
| In Re: | * | |
| JULES VALERY NGANGMEN | * | Case No. 14-12982PM |
| | * | Chapter 7 |
| | * | |
| Debtor(s) | * | |

### MEMORANDUM TO DEBTOR

The Debtor commenced this case by the filing of a voluntary petition on February 27, 2014. The case was dismissed on March 3, 2014, and the dismissal vacated by Order entered March 17, 2014. The Debtor failed to file all required documents by the deadline of March 31, 2014. Accordingly, the Debtor is directed to file the following missing documents within **ten days** of the entry of this Memorandum:

- Schedules A-J;
- Statement of Financial Affairs;
- Summary of Schedules; and
- Statement of Intent.

**FAILURE TO COMPLY WITH THIS MEMORANDUM WILL RESULT IN THE DISMISSAL OF THIS CASE.**

cc:   Jules Valery Ngangmeni
      5402 Cordwall Pl.
      Beltsville, MD 20705

      Trustee
      Janet M. Nesse
      1775 Pennsylvania Avenue, NW, Suite 800
      Washington, DC 20006

**End of Memorandum**